**Laurence WOODS, Plaintiff— Appellant,**

v.

**Steve PADILLAS; et al., Defendants— Appellees.**

**No. 03–35448.**

**D.C. No. CV–03–00161–OMP.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 20, 2004.

Laurence Woods, Portland, OR, pro se.

Appeal from the United States District Court for the District of Oregon; Owen M. Panner, District Judge, Presiding.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Laurence Woods, an Oregon state prisoner, appeals pro se the district court's judgment dismissing under 28 U.S.C. § 1915(e)(2) for failure to state a claim his 42 U.S.C. § 1983 action alleging that he is being unlawfully incarcerated because of racial prejudice by his parole officer. This court has jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed without prejudice Woods' action because a judgment in his favor would necessarily imply the invalidity of his conviction. *See Heck v. Humphrey*, 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.